IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


CHARLES C. BEALS                                                                                  PLAINTIFF

v.                                            Civil No. 06-2036

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                                   DEFENDANT


**O R D E R**

Now before the undersigned is plaintiff's complaint seeking judicial review of the decision of the Commissioner of the Social Security Administration pursuant to 42 U.S.C. § 405(g). The parties have been advised of this court's briefing schedule. In the interest of judicial economy, the court being well and duly advised, hereby limits any appeal briefs filed by the parties to a MAXIMUM of 20 pages. Any brief exceeding the page limitation imposed herein may be stricken from the record.

IT IS SO ORDERED this 23rd day of May 2006.


       /s/Beverly Stites Jones
       HON. BEVERLY STITES JONES
       UNITED STATES MAGISTRATE JUDGE