IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES C. BEALS                                                    PLAINTIFF

VS.                                    CIVIL NO. 06-2036

JO ANNE B. BARNHART, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                     DEFENDANT

## JUDGMENT

Now on this  13ᵗʰ  day of  Feb  2007, comes on for consideration the Report and

Recommendation dated January 24, 2007, by the Honorable James R. Marschewski, United States

Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections

being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised,

finds that the Report and Recommendation is proper and should be adopted in its entirety.

Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the

Commissioner; and remands this case to the Commissioner for further consideration pursuant to

sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to

Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment

becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v.*

*Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED.

HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**FEB 1 3 2007**

CHRIS R. JOHNSON, CLERK

BY
        DEPUTY CLERK

AO72A
(Rev. 8/82)